1 | DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3 | HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

4 | MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332

7 | FAX: (415) 436-7234
molly.priedeman@usdoj.gov

8

Attorneys for United States of America

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

| UNITED STATES OF AMERICA, | ) | NO. CR 16-139 VC |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF DISMISSAL |
| v. | ) ) | AND ORDER |
| DEANDRE QUININNIE, | ) ) ) | |
| Defendant. | ) ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against DEANDRE QUININNIE without prejudice.

DATED: July 15, 2020                                                                  Respectfully submitted,

                                                                                      DAVID L. ANDERSON
                                                                                      United States Attorney


                                                                                           /s/
                                                                                      HALLIE HOFFMAN
                                                                                      Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 16-139 VC_____                                                                        v. 7/10/2018

1    Leave is granted to the government to dismiss the indictment against DEANDRE QUININNIE.

4    Date: July 16, 2020

_____
HON. VINCE CHABRIA
United States District Judge

NOTICE OF DISMISSAL
No. CR 16-139 VC_____                                                            v. 7/10/2018